# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LISA R. YANCEY,

    Plaintiff,

v.                                                          Case No. 10-CV-778

REGISTER OF DEED, CITY HALL,
NANCY BUSTOS and ALEJANDROS BUSTOS,

    Defendants.

---

LISA R. YANCEY,

    Plaintiff,

v.                                                           Case No. 10-CV-792

MILWAUKEE POLICE DEPARTMENT,
CANDICE SIMMONS, GWENDLYN EARNEST
and CHRISTINE SIMMONS,

    Defendants.

---

LISA R. YANCEY,

    Plaintiff,

v.                                                           Case No. 10-CV-818

STATE OF WISCONSIN, COURT OF
APPEALS and MILWAUKEE COUNTY SHERIFF,

    Defendants.

---

LISA R. YANCEY,
    Plaintiff,

v.                                                           Case No. 10-CV-819

OAK CREEK POLICE DEPARTMENT
and AMERICAN UNITED TAXI CAB,

    Defendants.

LISA RENEE YANCEY,

    Plaintiff,

v.                                                                                Case No. 10-CV-820

BRANDON S. WALKER, WEST ALLIS MUNICIPAL
COURT, ROCK COUNTY SHERIFF, YWCA ROCK
COUNTY, MILWAUKEE POLICE SENSITIVE CRIMES,
HOUSE OF CORRECTIONS, WISCONSIN DEPARTMENT
OF TRANSPORTATION, MILWAUKEE MUNICIPAL COURT,
USA NAILS, ROOSEVELT TRIPLETT, FLOSSIE SIMMONS,
KAREN SIMMONS and JEHOVAH'S WITNESSES,

    Defendants.

TAMMY WILLIAMS, a/k/a Lisa R. Yancey,

    Plaintiff,

v.                                                                       Case No. 10-CV-821

BROOKFIELD POLICE DEPARTMENT,

    Defendant.

## DECISION AND ORDER

The plaintiff filed the six above-captioned actions alleging various claims against a multitude of defendants. In a November 30, 2010, decision and order, the court denied the plaintiff's request to proceed in forma pauperis in each of her six cases. The plaintiff was advised that to proceed further, she must pay the required filing fee in each case within 30 days of the court's order or the actions would be dismissed.

On November 30, 2010, the court's decision and order was electronically filed on the docket of each case and a copy of the order was mailed to the plaintiff via the United

States Postal Service to her address listed on the case dockets. The mail was returned as undeliverable. A copy of the court's decision and order then was mailed to the plaintiff in care of General Delivery, Milwaukee, WI 53201. That letter was returned as undeliverable on December 11, 2010. On December 23, 2010, the plaintiff filed a letter with court listing her address as the Milwaukee County Jail and requesting two civil case packets. The same day, the plaintiff was sent the requested civil packets and resent a copy of the court's November 30, 2010, order.

As noted, in the November 30, 2010, order, the plaintiff's requests for leave to proceed in forma pauperis in her six cases were denied and she was ordered to pay the filing fee in each case within 30 days or the actions would be dismissed. Since the plaintiff did not provide the court with an accurate mailing address until December 23, 2010, she did not receive the first two mailings of the court's order. Under the circumstances, the court will grant the plaintiff until February 9, 2011, to pay the filing fee in each of the six cases referenced in this order. If the plaintiff fails to pay the filing fee in the cases by that date the cases will be dismissed.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the plaintiff has until **February 9, 2011**, to pay the filing fee in each of the six cases listed in this order. The plaintiff's failure to pay the filing fee in each case by that date will result in dismissal of the action.

Dated at Milwaukee, Wisconsin, this 11th day of January, 2011.

/s_____
Honorable Lynn Adelman
United States District Judge